DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERT L. HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-106

[May 2, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 96-011411CF10A.

Albert Lee Hall, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***